```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF SOUTH CAROLINA
                        CHARLESTON DIVISION
```

Dustin M. Hart,                    ) C. A. No. 2:04-1415-MBS-RSC
                                   )
        Petitioner,              )
                                   )
        -versus-                 )  **REPORT AND RECOMMENDATION**
                                   )
James G. Roche, Secretary of       )
Air Force; Colonel Brooks L.       )
Bash, USAF, Commander, 437th       )
Airlift Wing; and Lieutenant       )
Colonel William Y. Rupp, USAF,     )
Commander, 437th Maintenance       )
Squadron,                          )
                                   )
        Respondents.             )

On May 27, 2005, the petitioner filed a Motion for Voluntary Dismissal in this action. The respondents have not filed an objection to this motion.

It is therefore recommended that this action be dismissed with prejudice.

                                          Respectfully Submitted,

                                          Robert S. Carr
                                          United States Magistrate Judge

Charleston, South Carolina

June 16, 2005